UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
Urbana Division

| | |
|---|---|
| **ROBERT D. NICHOLSON,** ) | |
| ) | |
| **Plaintiff,** ) | |
| v. ) | |
| ) | Case No. 07-2150 |
| **MICHAEL J. ASTRUE,** ) | |
| **COMMISSIONER OF SOCIAL** ) | |
| **SECURITY,** ) | |
| **Defendant.** ) | |

# REPORT AND RECOMMENDATION

In March 2007, Administrative Law Judge (hereinafter "ALJ") Peter Caras denied Plaintiff Robert Dean Nicholson's application for disability insurance benefits (hereinafter "DIB"). The ALJ based his decision on a finding that Plaintiff was able to perform a number of jobs existing in the national economy.

In September 2007, Plaintiff filed a Complaint (#4) against Defendant Michael J. Astrue, Commissioner of Social Security (hereinafter "Commissioner"), seeking judicial review of the ALJ's decision to deny social security benefits. In December 2007, Plaintiff filed a Motion for Summary Judgment or Remand (#13). In January 2008, Defendant filed a Motion for an Order Which Affirms the Commissioner's Decision (#15). In February 2008, Plaintiff filed a Reply Brief (#18).

After reviewing the administrative record and the parties' memoranda, this Court recommended that Plaintiff's Motion for Summary Judgment or Remand (#13) be denied. Consistent with the Court's reasoning in the Report and Recommendation denying Plaintiff's motion, the Court now recommends, pursuant to its authority under 28 U.S.C. § 636(b)(1)(B), that Defendant's Motion for an Order Which Affirms the Commissioner's Decision **(#15)** be **GRANTED**.

The parties are advised that any objection to this recommendation must be filed in writing with the clerk within ten (10) working days after being served with a copy of this Report and Recommendation.  *See* 28 U.S.C. § 636(b)(1).  Failure to object will constitute a waiver of objection on appeal.  *Video Views, Inc. v. Studio 21, Ltd.*, 797 F.2d 538, 539 (7th Cir. 1986).

ENTER this 27th day of August, 2008.

                                                   s/ DAVID G. BERNTHAL  
                                                   U.S. MAGISTRATE JUDGE