**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF ILLINOIS**
**URBANA DIVISION**

| | |
|---|---|
| **ROBERT D. NICHOLSON,** ) | |
| ) | |
| **Plaintiff,** ) | |
| v.  ) | Case No. 07-CV-2150 |
| ) | |
| **MICHAEL J. ASTRUE,** ) | |
| **COMMISSIONER OF SOCIAL SECURITY,** ) | |
| ) | |
| **Defendant.** ) | |

## ORDER

Reports and Recommendations (#20), (#21) were filed by Magistrate Judge David G. Bernthal in the above cause on August 27, 2008. On September 15, 2008, Plaintiff, Robert D. Nicholson, filed his Objection to Report and Recommendations (#22). Oral argument was held on Plaintiff's Objection on September 24, 2008. Following oral argument and this court's careful de novo review of the Magistrate Judge's reasoning and Plaintiff's Objection, this court agrees with and accepts the Magistrate Judge's Reports and Recommendations (#20), (#21). This court agrees that Plaintiff's Motion for Summary Judgment or Remand (#13) should be DENIED and Defendant's Motion for Summary Judgment (#15) should be GRANTED.

IT IS THEREFORE ORDERED THAT:

(1) The Reports and Recommendations (#20), (#21) are accepted by this court.

(2) Plaintiff's Motion for Summary Judgment or Remand (#13) is DENIED and Defendant's Motion for Summary Judgment (#15) is GRANTED.

(3) This case is terminated.

ENTERED this 25th day of September, 2008

**s/ Michael P. McCuskey**
MICHAEL P. McCUSKEY
CHIEF U.S. DISTRICT JUDGE